**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IMPERIUM INSURANCE COMPANY *f/k/a* | : | |
| DELOS INSURANCE COMPANY | : | |
| | : | |
| | : | |
| v. | : | Civil No. CCB-12-1373 |
| | : | |
| | : | |
| ALLIED INSURANCE BROKERS, INC. | : | |
| | : | |

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is, this 17th day of September 2012,

ORDERED that counsel advise the court on their positions regarding transfer or dismissal within 14 days.

\_\_\_/s/_____
Catherine C. Blake
United States District Judge