UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CHARLES B. DAY<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>6500 CHERRYWOOD LANE<br>GREENBELT, MARYLAND 20770<br>(301) 344-0393<br>FAX (301) 344-0394 |

December 28, 2012

**Via Electronic Filing**

Robert T Franklin, Esquire
Andrew Lynch Cole, Esquire
Bradley F Fowler, Esquire
Franklin and Prokopik PC
The B and O Building
Two N Charles Street, Suite 600
Baltimore, Maryland 21201-3723

Andrew Janquitto, Esquire
Mudd Harrison and Burch LLP
401 Washington Avenue, Suite 900
Towson, Maryland 21204

Re:   Imperium Insurance Co. v. Allied Insurance Brokers, Inc., et al.
       Civil Action No. CCB-12-1373

Dear Counsel:

This will confirm that Judge Day has scheduled a follow-up settlement conference in the above-captioned case for **Tuesday, February 19, 2013 at 9:30 a.m.**

The parties are to submit status reports for Judge Day's review no later than **Tuesday, February 12, 2013 by 12:00 noon.**

Very truly yours,

/s/
Barbara Barry
Assistant to Judge Charles B. Day